IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN RODNEY VEACH,

    Petitioner,

v.

JUDGE T R SNIEZEK,

    Respondent.                        No. 11-cv-575-DRH-PMF

## ORDER

**HERNDON, Chief Judge:**

    Before the Court is the report and recommendation (the report) (Doc. 16) issued on April 6, 2012, by United States Magistrate Judge Phillip M. Frazier recommending that this action be transferred pursuant to 28 U.S.C. § 1631 to the United States District Court for the Middle District of Pennsylvania for further proceedings. Upon issuance, the report was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" by April 23, 2012. To date, none of the parties have filed objections, and the period in which to file objections has expired. Therefore, pursuant to 28 U.S.C. § 636(b), this Court need not conduct *de novo* review. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). Thus, the Court adopts

the report in its entirety (Doc. 16) and transfers this case to the United States District Court for the Middle District of Pennsylvania for further proceedings.

**IT IS SO ORDERED.**

Signed this 26th day of April, 2012.

Digitally signed by David R. Herndon
Date: 2012.04.26 09:39:36 -05'00'

**Chief Judge
United States District Court**